# Court of Appeals
# of the State of Georgia

ATLANTA,  January 12, 2017

*The Court of Appeals hereby passes the following order:*

**A16A2187. IN THE INTEREST OF A.C., A CHILD.**

Following a careful review of the record in this case, we conclude that the juvenile's application for interlocutory appeal was improvidently granted. Accordingly, it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/12/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*